**Floyd GARRETT, Petitioner–Appellant,**

v.

**Christopher ZYCH, Warden,
Respondent–Appellee.**

No. 11–6943.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Floyd Garrett, Appellant Pro Se.
Thomas Linn Eckert, Assistant United
States Attorney, Roanoke, Virginia, for
Appellee.

Before GREGORY, SHEDD, and
DAVIS, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Floyd Garrett, a federal prisoner, ap-
peals the district court's order denying

relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Garrett v. Zych,* No. 7:11–cv–00107–GEC, 2011 WL 2669052 (W.D.Va. July 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*